UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>        Plaintiff,<br><br>    v.<br><br>SOOMER CORPORATION, et al.,<br><br>        Defendants. | Case No. 21-cv-09504-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 1 |

Plaintiff filed the complaint in this matter on December 8, 2021. (Dkt. No. 1.) The parties stipulated to an extension of time for Defendants to respond to the complaint on January 21, 2022, allowing until February 23, 2022, for a response to be filed. (Dkt. No. 11.). No response to the complaint was ever filed, and Plaintiff has taken no further action since the filing of the stipulation.

The Court has a full case load and does not have the time to manage this case for Plaintiff. Plaintiff must prosecute this case diligently. Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than May 6, 2022, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff is admonished that if no response is filed by this deadline, the Court will dismiss the action without prejudice.

**IT IS SO ORDERED**.

Dated: April 25, 2022

_____
SALLIE KIM
United States Magistrate Judge